# IN THE SUPREME COURT OF THE STATE OF NEVADA

MURAD JUSSA, M.D.,
    Petitioner,
  vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIERRA DANIELLE JONES, DISTRICT
JUDGE,
    Respondents,
    and
ROEL BARCELONA, INDIVIDUALLY
AND AS THE SPOUSE OF
ROSABELLE BARCELONA, AND AS
THE NATURAL FATHER AND
GUARDIAN AD LITEM OF; ROEHL
PATRICK BARCELONA; RYLE CARLO
BARCELONA; RYAN BEAU
BARCELONA, MINORS; AND
JONATHAN L. TAYLOR, ESQ., AS
SPECIAL ADMINISTRATOR FOR THE
ESTATE OF ROSABELLE
BARCELONA,
    Real Parties in Interest.

No. 79492

FILED

APR 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISISNG PETITION

    Petitioner's motion for a voluntary dismissal of this writ petition is granted. This writ petition is dismissed. NRAP 42(b).

    It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-16165

cc:  Hon. Tierra Danielle Jones, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Bighorn Law/Las Vegas
Eighth District Court Clerk